# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ANDRES PALACIO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-393-PRW |
| | ) | |
| MARKWAYNE MULLIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

Before the Court is Magistrate Judge Suzanne Mitchell's Report and Recommendation (Dkt. 8), recommending pro se Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1) be denied and dismissed for failure to state valid claims for habeas relief. Judge Mitchell advised Petitioner of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.[2]

This Court has reviewed Magistrate Judge Mitchell's Report and Recommendation (Dkt. 8) and agrees with the reasoning and conclusions therein. Accordingly, the Court

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

[2] Judge Mitchell's Report and Recommendation was mailed to Plaintiff but was returned as undeliverable. (Dkt. 8). However, Plaintiff has not notified the Court of any changes in his address as required under Local Civil Rule 5.4.

hereby **ADOPTS** the Report and Recommendation (Dkt. 4) in full. Petitioner's Petition (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED** this 20th day of May 2026.

 

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE